UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY PERCLE | CIVIL ACTION |
| VERSUS | NO: 10-2777 |
| PERFORMANCE ENERGY SERVICES, L.L.C. & THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | SECTION: "A" (5) |

### ORDER

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memoranda in opposition to Prudential Insurance Company of America's **Rule 12(b)(6) Motion to Dismiss Third-Party Demand (Rec. Doc. 13)**, set for hearing on December 8, 2010, has been submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

Accordingly;

**IT IS ORDERED** that Prudential Insurance Company of America's **Rule 12(b)(6) Motion to Dismiss Third-Party Demand (Rec. Doc. 13)** is **GRANTED**.

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within ten (10) days. The motion must be accompanied by an opposition memorandum to the original motion. Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with

1

the motion, including attorney's fees, may be assessed against the party moving for reconsideration.

See Fed. R. Civ. P. 16.

December 15, 2010

```
                                    _____
                                              JAY C. ZAINEY
                                    UNITED STATES DISTRICT JUDGE
```